JS - 6

ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
ERIKA JOHNSON-BROOKS
Assistant United States Attorney
California Bar Number: 210908
INDIRA J. CAMERON-BANKS
Assistant United States Attorney
California Bar Number: 248634
   Room 7516, Federal Building
   300 North Los Angeles Street
   Los Angeles, California 90012
   Telephone: (213) 894-0474/ 2442
   Facsimile: (213) 894-7819
   Erika.Johnson@usdoj.gov
   Indira.J.Cameron-Banks@usdoj.gov

Attorneys for Federal Defendant
United States Postal Service

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MARIA VENTURA, | CV 09-1872 VBF (CWx) |
| Plaintiff, | [PROPOSED] ORDER |
| v. | |
| UNITED STATES POSTAL SERVICE, AN AGENCY OF THE GOVERNMENT OF THE UNITED STATES OF AMERICA, AND DOES I through XX | Hon. Valerie Baker Fairbank |
| Defendants. | |

    Having considered the Stipulation for Compromise Settlement,

IT IS HEREBY ORDERED:

1. Plaintiff's action is dismissed with prejudice in its entirety;

2. Each party shall bear their own costs of suit and attorneys' fees; and,

3. The Court retains jurisdiction pending payment of the settlement.

DATED: 8-17-10

*Valerie Baker Fairbank*
Valerie Baker Fairbank
UNITED STATES DISTRICT JUDGE